No. 00–7024. MACCADO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 00–7025. MARRIOTT, AKA LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 00–7027. WOODS v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA; and WOODS v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7030. ABE v. MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES. C. A. 6th Cir. Certiorari denied. 

No. 00–7032. McDEID v. O'KEEFE, MINNESOTA COMMISSIONER OF HUMAN SERVICES. Ct. App. Minn. Certiorari denied.

No. 00–7033. ZARZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–7037. WADE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7039. BEELER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 00–7043. GREEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–7044. HOWLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–7045. IGLESIAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7046. HENRY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00–7047. HARRIS v. RADFORD STUDIO CENTERS, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–7048. CRUZ-PONCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.